UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
LVP ASSOCIATES L.L.C. and
349 ASSOCIATES L.L.C.,

                  Plaintiffs,

-against-

BANK OF CHINA, NEW YORK BRANCH,

                  Defendant.
------------------------------------------------X

**Civil Action No.:** 1:17-cv-05274-SHS

## **DECLARATION OF JEFFREY D. GOLDMAN**

Pursuant to 28 U.S.C. § 1746, JEFFREY D. GOLDMAN, under the penalty of perjury, declares the following to be true and correct:

1. I am an Assistant Vice President of Defendant Bank of China, New York Branch.

2. I am personally familiar with the facts and circumstances set forth herein based upon my own knowledge. I submit this declaration pursuant to the Court's order dated September 20, 2017.

3. Bank of China is incorporated under the laws of the People's Republic of China and has its principal place of business at No. 1 Fuxingmen Nei Dajie, Beijing, China, 100818.

Dated: September 28, 2017
       New York, New York

_____
Jeffrey D. Goldman

32891173v3