UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| LVP ASSOCIATES L.L.C. and 349 ASSOCIATES L.L.C., | : | 17-Cv-5274 (SHS) |
| Plaintiffs, | : | |
| -v- | : | ORDER |
| BANK OF CHINA, New York Branch, | : | |
| Defendant. | : | |

------------------------------------------------------x

| | | |
|---|---|---|
| LVP ASSOCIATES L.L.C., *ET AL.*, | : | 18-Cv-4793 (SHS) |
| Plaintiffs, | : | |
| -v- | : | |
| BANK OF CHINA, New York Branch, | : | |
| Defendant. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    On June 8, 2018, the Court stayed these actions and directed the parties to file a status report every six months on the related pending New Jersey foreclosure actions [Doc. No. 64 in 17-Cv-5274 and Doc. No. 5 in 18-Cv-4793]. The last status report was filed on March 26, 2021 [Doc. No. 71] in 17-Cv-5274 and on January 3, 2019 [Doc. No. 6] in 18-Cv-4793. On October 13, 2021, my deputy emailed plaintiffs' attorney in 17-Cv-5274 and on October 19 emailed plaintiffs' attorney in 18-Cv-4793. No response to those emails having been received and no status reports having been filed,

    IT IS HEREBY ORDERED that there will be a telephone conference on October 27, 2021, at 11:00 a.m. The parties shall dial 888-273-3658 and use access code 7004275 to join the call.

Dated: New York, New York
        October 20, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.