UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

LVP ASSOCIATES L.L.C. and 349 : 17-Cv-5274 (SHS)
ASSOCIATES L.L.C.,
                Plaintiffs, :

    -v- : ORDER

BANK OF CHINA, New York Branch, :

                Defendant. :
------------------------------------------------------x

LVP ASSOCIATES L.L.C., *ET AL.*, : 18-Cv-4793 (SHS)

                Plaintiffs, :

    -v- :

BANK OF CHINA, New York Branch, :

                Defendant. :
------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A telephone conference having been held today, with counsel for all parties participating,

    IT IS HEREBY ORDERED that:

1. The stay of both actions shall continue until further order of the Court;

2. The parties shall submit a status report in January and June 2022; and

3. The parties shall notify the Court of any material events.

Dated: New York, New York
       October 27, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.