UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LVP ASSOCIATES L.L.C. and 349 ASSOCIATES L.L.C.,

                Plaintiffs,

-v-

BANK OF CHINA, NEW YORK BRANCH,

                Defendant.

17-cv-5274 (SHS)

ORDER

---

LVP ASSOCIATES L.L.C., *ET AL.*,

                Plaintiffs,

-v-

BANK OF CHINA, NEW YORK BRANCH,

                Defendant.

18-cv-4793 (SHS)

---

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

1. Plaintiffs' motion to lift the stay of this action (No. 17-cv-5274, ECF No. 75) is denied;

2. The parties shall submit a status report in June 2022 and January 2023; and

3. The parties shall notify the Court of any material events.

Dated: New York, New York
       March 16, 2022

                              SO ORDERED:

                              Sidney H. Stein, U.S.D.J.